Manuela Otilia Cuevas, recurrente, *v.* El Registrador de la Propiedad de Aguadilla, recurrido.

No. 779.—*Sometido:* Julio 16, 1929. *Resuelto:* Julio 23, 1929.

*José D. Rodríguez,* abogado de la recurrente; el registrador recurrido compareció por escrito.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

En el caso de *Medrano* v. *Registrador de Mayagüez,* 38 D.P.R. 821, resolvimos que era un defecto subsanable al segregar una parcela de terreno no describir la finca principal si se habían hecho segregaciones anteriores.

En el presente caso no aparece claramente de los autos que se hubieran hecho segregaciones anteriores de la finca principal. Sin embargo, la nota del registrador descansa en la manifestación de que no se describía el resto de la finca después de haberse hecho las segregaciones. Esta manifestación aparentemente presupone segregaciones anteriores y nos sentimos obligados a conceder al registrador el beneficio de la duda.

*Debe confirmarse la nota recurrida, sin perjuicio del derecho de la recurrente a solicitar una reconsideración si en realidad puede demostrar que no se hicieron segregaciones anteriores.*